# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Caraustar Industies Inc.,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:04-cv-187

North Georgia Converting, Inc.,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 19, 2006 Order.


Signed: December 19, 2006

Frank G. Johns, Clerk
United States District Court